# EXHIBIT A

*Bankruptcy Case: 20-10564-CSS Sam Levin, Inc.*
*Transfer Date Range: 12-09-2019 through 03-07-2020*

**JONATHAN LOUIS FURNITURE**
544 WEST 130TH STREET
GARDENA CA 90248

TRANSFERS:

| Payment # | Payment Date | Clear Date | Payment Amount | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| 29096 | 12/10/2019 | 12/11/2019 | $ 46,985.78 | 1857061 | 10/29/2019 | $ 684.15 |
| 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1857076 | 10/29/2019 | 163.38 |
| 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1857077 | 10/29/2019 | 45.15 |
| 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1857080 | 10/29/2019 | 24.15 |
| 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1857081 | 10/29/2019 | 326.76 |
| 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1857083 | 10/29/2019 | 76.58 |
| 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1857084 | 10/29/2019 | 25.53 |
| 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1857085 | 10/29/2019 | 72.45 |
| 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1857086 | 10/29/2019 | 51.06 |
| 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1857087 | 10/29/2019 | 25.53 |
| 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1858426 | 10/30/2019 | 857.74 |
| 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861422 | 10/30/2019 | 1,005.81 |
| 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861423 | 10/30/2019 | 367.60 |
| 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861424 | 10/30/2019 | 1,097.71 |
| 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861425 | 10/30/2019 | 622.89 |
| 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861426 | 10/30/2019 | 745.42 |
| 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861427 | 10/30/2019 | 638.20 |
| 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861428 | 10/30/2019 | 367.60 |
| 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861429 | 10/30/2019 | 638.20 |
| 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861430 | 10/30/2019 | 842.43 |
| 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861431 | 10/30/2019 | 847.53 |
| 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861432 | 10/30/2019 | 832.22 |
| 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861433 | 10/30/2019 | 1,026.23 |
| 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861434 | 10/30/2019 | 627.99 |
| 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861435 | 10/30/2019 | 331.87 |
| 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861436 | 10/30/2019 | 745.42 |
| 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861437 | 10/30/2019 | 934.33 |
| 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861438 | 10/30/2019 | 638.20 |
| 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861439 | 10/30/2019 | 638.20 |
| 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861440 | 10/30/2019 | 638.20 |
| 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861441 | 10/30/2019 | 939.43 |
| 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861442 | 10/30/2019 | 592.25 |
| 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861443 | 10/30/2019 | 638.20 |
| 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861444 | 10/30/2019 | 638.20 |
| 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861445 | 10/30/2019 | 755.63 |
| 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861446 | 10/30/2019 | 367.60 |
| 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861447 | 10/30/2019 | 638.20 |
| 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861448 | 10/30/2019 | 760.74 |
| 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861449 | 10/30/2019 | 862.85 |
| 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861450 | 10/30/2019 | 709.68 |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 52 | 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861451 | 10/30/2019 | 638.20 |
| 53 | 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861457 | 10/30/2019 | 433.98 |
| 54 | 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861458 | 10/30/2019 | 1,092.60 |
| 55 | 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861459 | 10/30/2019 | 898.59 |
| 56 | 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861460 | 10/30/2019 | 1,113.03 |
| 57 | 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861461 | 10/30/2019 | 449.29 |
| 58 | 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861462 | 10/30/2019 | 474.82 |
| 59 | 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861463 | 10/30/2019 | 275.70 |
| 60 | 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861464 | 10/30/2019 | 709.68 |
| 61 | 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861465 | 10/30/2019 | 842.43 |
| 62 | 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861466 | 10/30/2019 | 571.83 |
| 63 | 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861467 | 10/30/2019 | 413.56 |
| 64 | 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861468 | 10/30/2019 | 806.69 |
| 65 | 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861469 | 10/30/2019 | 311.44 |
| 66 | 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861470 | 10/30/2019 | 638.20 |
| 67 | 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861471 | 10/30/2019 | 1,067.08 |
| 68 | 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861472 | 10/30/2019 | 474.82 |
| 69 | 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861473 | 10/30/2019 | 490.14 |
| 70 | 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861474 | 10/30/2019 | 592.25 |
| 71 | 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861475 | 10/30/2019 | 786.27 |
| 72 | 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861476 | 10/30/2019 | 1,067.08 |
| 73 | 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861477 | 10/30/2019 | 638.20 |
| 74 | 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861478 | 10/30/2019 | 1,041.55 |
| 75 | 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861479 | 10/30/2019 | 638.20 |
| 76 | 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861480 | 10/30/2019 | 867.96 |
| 77 | 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861481 | 10/30/2019 | 964.96 |
| 78 | 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861482 | 10/30/2019 | 449.29 |
| 79 | 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861483 | 10/30/2019 | 760.74 |
| 80 | 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861484 | 10/30/2019 | 168.49 |
| 81 | 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861486 | 10/30/2019 | 393.13 |
| 82 | 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861487 | 10/30/2019 | 638.20 |
| 83 | 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861488 | 10/30/2019 | 954.75 |
| 84 | 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861489 | 10/30/2019 | 811.79 |
| 85 | 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861490 | 10/30/2019 | 245.07 |
| 86 | 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861491 | 10/30/2019 | 449.29 |
| 87 | 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861492 | 10/30/2019 | 474.82 |
| 88 | 29096 | 12/10/2019 | 12/11/2019 | 46,985.78 | 1861493 | 10/30/2019 | 500.35 |
| 89 | 29268 | 12/17/2019 | 12/18/2019 | 20,774.56 | 113019 VR | 11/30/2019 | -1,996.50 |
| 90 | 29268 | 12/17/2019 | 12/18/2019 | 20,774.56 | 1857986 | 10/24/2019 | 1,199.82 |
| 91 | 29268 | 12/17/2019 | 12/18/2019 | 20,774.56 | 1857987 | 10/24/2019 | 3,313.55 |
| 92 | 29268 | 12/17/2019 | 12/18/2019 | 20,774.56 | 1857988 | 10/24/2019 | 5,657.03 |
| 93 | 29268 | 12/17/2019 | 12/18/2019 | 20,774.56 | 1857989 | 10/24/2019 | 638.20 |
| 94 | 29268 | 12/17/2019 | 12/18/2019 | 20,774.56 | 1857990 | 10/24/2019 | 954.75 |
| 95 | 29268 | 12/17/2019 | 12/18/2019 | 20,774.56 | 1857991 | 10/24/2019 | 842.43 |
| 96 | 29268 | 12/17/2019 | 12/18/2019 | 20,774.56 | 1857992 | 10/24/2019 | 1,204.93 |
| 97 | 29268 | 12/17/2019 | 12/18/2019 | 20,774.56 | 1857993 | 10/24/2019 | 939.43 |
| 98 | 29268 | 12/17/2019 | 12/18/2019 | 20,774.56 | 1857994 | 10/24/2019 | 638.20 |
| 99 | 29268 | 12/17/2019 | 12/18/2019 | 20,774.56 | 1857995 | 10/24/2019 | 745.42 |
| 100 | 29268 | 12/17/2019 | 12/18/2019 | 20,774.56 | 1857996 | 10/24/2019 | 832.22 |
| 101 | 29268 | 12/17/2019 | 12/18/2019 | 20,774.56 | 1857997 | 10/24/2019 | 336.97 |
| 102 | 29268 | 12/17/2019 | 12/18/2019 | 20,774.56 | 1857998 | 10/24/2019 | 745.42 |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 103 | 29268 | 12/17/2019 | 12/18/2019 | 20,774.56 | 1857999 | 10/24/2019 | 954.75 |
| 104 | 29268 | 12/17/2019 | 12/18/2019 | 20,774.56 | 1858000 | 10/24/2019 | 551.41 |
| 105 | 29268 | 12/17/2019 | 12/18/2019 | 20,774.56 | 1858001 | 10/24/2019 | 929.22 |
| 106 | 29268 | 12/17/2019 | 12/18/2019 | 20,774.56 | 1858002 | 10/24/2019 | 306.34 |
| 107 | 29268 | 12/17/2019 | 12/18/2019 | 20,774.56 | 1858003 | 10/24/2019 | 204.22 |
| 108 | 29268 | 12/17/2019 | 12/18/2019 | 20,774.56 | 1858004 | 10/24/2019 | 204.22 |
| 109 | 29268 | 12/17/2019 | 12/18/2019 | 20,774.56 | 1861485 | 11/05/2019 | 1,470.42 |
| 110 | 29268 | 12/17/2019 | 12/18/2019 | 20,774.56 | 1861495 | 11/05/2019 | 102.11 |
| 111 | 29466 | 12/23/2019 | 12/24/2019 | 42,949.49 | 1858449 | 10/30/2019 | 31.50 |
| 112 | 29466 | 12/23/2019 | 12/24/2019 | 42,949.49 | 1868908 | 11/15/2019 | 56.25 |
| 113 | 29466 | 12/23/2019 | 12/24/2019 | 42,949.49 | 1869873 | 11/13/2019 | 638.20 |
| 114 | 29466 | 12/23/2019 | 12/24/2019 | 42,949.49 | 1869874 | 11/13/2019 | 15,955.08 |
| 115 | 29466 | 12/23/2019 | 12/24/2019 | 42,949.49 | 1869876 | 11/13/2019 | 372.71 |
| 116 | 29466 | 12/23/2019 | 12/24/2019 | 42,949.49 | 1869877 | 11/13/2019 | 219.54 |
| 117 | 29466 | 12/23/2019 | 12/24/2019 | 42,949.49 | 1869878 | 11/13/2019 | 372.71 |
| 118 | 29466 | 12/23/2019 | 12/24/2019 | 42,949.49 | 1869879 | 11/13/2019 | 270.60 |
| 119 | 29466 | 12/23/2019 | 12/24/2019 | 42,949.49 | 1869881 | 11/13/2019 | 311.44 |
| 120 | 29466 | 12/23/2019 | 12/24/2019 | 42,949.49 | 1869892 | 11/13/2019 | 413.56 |
| 121 | 29466 | 12/23/2019 | 12/24/2019 | 42,949.49 | 1872459 | 11/14/2019 | 612.67 |
| 122 | 29466 | 12/23/2019 | 12/24/2019 | 42,949.49 | 1872460 | 11/14/2019 | 331.87 |
| 123 | 29466 | 12/23/2019 | 12/24/2019 | 42,949.49 | 1872461 | 11/14/2019 | 1,940.14 |
| 124 | 29466 | 12/23/2019 | 12/24/2019 | 42,949.49 | 1872462 | 11/14/2019 | 8,929.74 |
| 125 | 29466 | 12/23/2019 | 12/24/2019 | 42,949.49 | 1872463 | 11/14/2019 | 2,879.57 |
| 126 | 29466 | 12/23/2019 | 12/24/2019 | 42,949.49 | 1872464 | 11/14/2019 | 638.20 |
| 127 | 29466 | 12/23/2019 | 12/24/2019 | 42,949.49 | 1872465 | 11/14/2019 | 1,036.44 |
| 128 | 29466 | 12/23/2019 | 12/24/2019 | 42,949.49 | 1872466 | 11/14/2019 | 1,067.08 |
| 129 | 29466 | 12/23/2019 | 12/24/2019 | 42,949.49 | 1872467 | 11/14/2019 | 1,286.62 |
| 130 | 29466 | 12/23/2019 | 12/24/2019 | 42,949.49 | 1872468 | 11/14/2019 | 551.41 |
| 131 | 29466 | 12/23/2019 | 12/24/2019 | 42,949.49 | 1872469 | 11/14/2019 | 1,067.08 |
| 132 | 29466 | 12/23/2019 | 12/24/2019 | 42,949.49 | 1872470 | 11/14/2019 | 1,067.08 |
| 133 | 29466 | 12/23/2019 | 12/24/2019 | 42,949.49 | 1872471 | 11/14/2019 | 755.63 |
| 134 | 29466 | 12/23/2019 | 12/24/2019 | 42,949.49 | 1872472 | 11/14/2019 | 832.22 |
| 135 | 29466 | 12/23/2019 | 12/24/2019 | 42,949.49 | 1872473 | 11/14/2019 | 551.41 |
| 136 | 29466 | 12/23/2019 | 12/24/2019 | 42,949.49 | 1872474 | 11/14/2019 | 760.74 |
| 137 | 29628 | 01/02/2020 | 01/03/2020 | 22,216.30 | 1869875 | 11/18/2019 | 51.06 |
| 138 | 29628 | 01/02/2020 | 01/03/2020 | 22,216.30 | 1869880 | 11/18/2019 | 398.24 |
| 139 | 29628 | 01/02/2020 | 01/03/2020 | 22,216.30 | 1869882 | 11/18/2019 | 102.11 |
| 140 | 29628 | 01/02/2020 | 01/03/2020 | 22,216.30 | 1869885 | 11/18/2019 | 51.06 |
| 141 | 29628 | 01/02/2020 | 01/03/2020 | 22,216.30 | 1869888 | 11/18/2019 | 51.06 |
| 142 | 29628 | 01/02/2020 | 01/03/2020 | 22,216.30 | 1869889 | 11/18/2019 | 51.06 |
| 143 | 29628 | 01/02/2020 | 01/03/2020 | 22,216.30 | 1869890 | 11/18/2019 | 102.11 |
| 144 | 29628 | 01/02/2020 | 01/03/2020 | 22,216.30 | 1869891 | 11/18/2019 | 63.00 |
| 145 | 29628 | 01/02/2020 | 01/03/2020 | 22,216.30 | 1869893 | 11/18/2019 | 51.06 |
| 146 | 29628 | 01/02/2020 | 01/03/2020 | 22,216.30 | 1872475 | 11/21/2019 | 51.06 |
| 147 | 29628 | 01/02/2020 | 01/03/2020 | 22,216.30 | 1872476 | 11/21/2019 | 81.69 |
| 148 | 29628 | 01/02/2020 | 01/03/2020 | 22,216.30 | 1872477 | 11/21/2019 | 76.58 |
| 149 | 29628 | 01/02/2020 | 01/03/2020 | 22,216.30 | 1875265 | 11/19/2019 | 954.75 |
| 150 | 29628 | 01/02/2020 | 01/03/2020 | 22,216.30 | 1875266 | 11/19/2019 | 832.22 |
| 151 | 29628 | 01/02/2020 | 01/03/2020 | 22,216.30 | 1875267 | 11/19/2019 | 1,143.66 |
| 152 | 29628 | 01/02/2020 | 01/03/2020 | 22,216.30 | 1875268 | 11/19/2019 | 745.42 |
| 153 | 29628 | 01/02/2020 | 01/03/2020 | 22,216.30 | 1875269 | 11/19/2019 | 709.68 |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 154 | 29628 | 01/02/2020 | 01/03/2020 | 22,216.30 | 1875270 | 11/19/2019 | 204.22 |
| 155 | 29628 | 01/02/2020 | 01/03/2020 | 22,216.30 | 1875271 | 11/19/2019 | 847.53 |
| 156 | 29628 | 01/02/2020 | 01/03/2020 | 22,216.30 | 1875272 | 11/19/2019 | 806.69 |
| 157 | 29628 | 01/02/2020 | 01/03/2020 | 22,216.30 | 1875273 | 11/19/2019 | 388.03 |
| 158 | 29628 | 01/02/2020 | 01/03/2020 | 22,216.30 | 1875274 | 11/19/2019 | 638.20 |
| 159 | 29628 | 01/02/2020 | 01/03/2020 | 22,216.30 | 1875275 | 11/19/2019 | 954.75 |
| 160 | 29628 | 01/02/2020 | 01/03/2020 | 22,216.30 | 1875276 | 11/19/2019 | 638.20 |
| 161 | 29628 | 01/02/2020 | 01/03/2020 | 22,216.30 | 1875277 | 11/19/2019 | 954.75 |
| 162 | 29628 | 01/02/2020 | 01/03/2020 | 22,216.30 | 1875278 | 11/19/2019 | 638.20 |
| 163 | 29628 | 01/02/2020 | 01/03/2020 | 22,216.30 | 1875279 | 11/19/2019 | 638.20 |
| 164 | 29628 | 01/02/2020 | 01/03/2020 | 22,216.30 | 1875280 | 11/19/2019 | 638.20 |
| 165 | 29628 | 01/02/2020 | 01/03/2020 | 22,216.30 | 1875281 | 11/19/2019 | 367.60 |
| 166 | 29628 | 01/02/2020 | 01/03/2020 | 22,216.30 | 1875282 | 11/19/2019 | 551.41 |
| 167 | 29628 | 01/02/2020 | 01/03/2020 | 22,216.30 | 1875283 | 11/19/2019 | 622.89 |
| 168 | 29628 | 01/02/2020 | 01/03/2020 | 22,216.30 | 1875284 | 11/19/2019 | 638.20 |
| 169 | 29628 | 01/02/2020 | 01/03/2020 | 22,216.30 | 1875285 | 11/19/2019 | 1,128.34 |
| 170 | 29628 | 01/02/2020 | 01/03/2020 | 22,216.30 | 1875290 | 11/19/2019 | 1,010.91 |
| 171 | 29628 | 01/02/2020 | 01/03/2020 | 22,216.30 | 1875291 | 11/19/2019 | 832.22 |
| 172 | 29628 | 01/02/2020 | 01/03/2020 | 22,216.30 | 1875292 | 11/19/2019 | 433.98 |
| 173 | 29628 | 01/02/2020 | 01/03/2020 | 22,216.30 | 1875293 | 11/19/2019 | 1,067.08 |
| 174 | 29628 | 01/02/2020 | 01/03/2020 | 22,216.30 | 1875294 | 11/19/2019 | 832.22 |
| 175 | 29628 | 01/02/2020 | 01/03/2020 | 22,216.30 | 1875295 | 11/19/2019 | 1,230.46 |
| 176 | 29628 | 01/02/2020 | 01/03/2020 | 22,216.30 | 1875296 | 11/19/2019 | 638.20 |
| 177 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1875263 | 11/25/2019 | 638.20 |
| 178 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1875361 | 11/26/2019 | 76.58 |
| 179 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1877388 | 11/26/2019 | 919.01 |
| 180 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1877389 | 11/26/2019 | 1,766.55 |
| 181 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1877390 | 11/26/2019 | 1,250.88 |
| 182 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1877391 | 11/26/2019 | 413.56 |
| 183 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1877392 | 11/26/2019 | 939.43 |
| 184 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1877393 | 11/26/2019 | 433.98 |
| 185 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1877394 | 11/26/2019 | 3,430.98 |
| 186 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1877395 | 11/26/2019 | 3,829.22 |
| 187 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1877396 | 11/26/2019 | 204.22 |
| 188 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1877398 | 11/26/2019 | 638.20 |
| 189 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1877399 | 11/26/2019 | 331.87 |
| 190 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1877400 | 11/26/2019 | 296.13 |
| 191 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1877401 | 11/26/2019 | 1,592.95 |
| 192 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1877402 | 11/26/2019 | 1,286.62 |
| 193 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1877403 | 11/26/2019 | 791.37 |
| 194 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1877404 | 11/26/2019 | 342.08 |
| 195 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1877405 | 11/26/2019 | 745.42 |
| 196 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1877406 | 11/26/2019 | 413.56 |
| 197 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1877407 | 11/26/2019 | 638.20 |
| 198 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1877408 | 11/26/2019 | 954.75 |
| 199 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1879692 | 11/26/2019 | 954.75 |
| 200 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1879693 | 11/26/2019 | 663.73 |
| 201 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1879694 | 11/26/2019 | 204.22 |
| 202 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1879695 | 11/26/2019 | 919.01 |
| 203 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1879696 | 11/26/2019 | 638.20 |
| 204 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1879697 | 11/26/2019 | 1,067.08 |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 205 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1879698 | 11/26/2019 | 1,113.03 |
| 206 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1879699 | 11/26/2019 | 638.20 |
| 207 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1879700 | 11/26/2019 | 888.38 |
| 208 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1879701 | 11/26/2019 | 1,067.08 |
| 209 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1879702 | 11/26/2019 | 1,547.00 |
| 210 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1879703 | 11/26/2019 | 638.20 |
| 211 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1879704 | 11/26/2019 | 1,225.35 |
| 212 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1879705 | 11/26/2019 | 1,225.35 |
| 213 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1879706 | 11/26/2019 | 934.33 |
| 214 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1879707 | 11/26/2019 | 1,041.55 |
| 215 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1879708 | 11/26/2019 | 6,285.02 |
| 216 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1879709 | 11/26/2019 | 1,067.08 |
| 217 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1879710 | 11/26/2019 | 204.22 |
| 218 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1879711 | 11/26/2019 | 1,373.41 |
| 219 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1879712 | 11/26/2019 | 1,393.84 |
| 220 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1879713 | 11/26/2019 | 638.20 |
| 221 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1879714 | 11/26/2019 | 204.22 |
| 222 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1879715 | 11/26/2019 | 954.75 |
| 223 | 29753 | 01/07/2020 | 01/08/2020 | 48,952.71 | 1879716 | 11/26/2019 | 132.75 |
| 224 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1877397 | 11/29/2019 | 832.22 |
| 225 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1879717 | 12/04/2019 | 51.06 |
| 226 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1880483 | 12/04/2019 | 1,914.61 |
| 227 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1880484 | 12/04/2019 | 919.01 |
| 228 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1880485 | 12/04/2019 | 709.68 |
| 229 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1880486 | 12/04/2019 | 1,087.50 |
| 230 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1880487 | 12/04/2019 | 745.42 |
| 231 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1880488 | 12/04/2019 | 954.75 |
| 232 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1880489 | 12/04/2019 | 801.58 |
| 233 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1880490 | 12/05/2019 | 1,128.34 |
| 234 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1880491 | 12/04/2019 | 638.20 |
| 235 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1880492 | 12/04/2019 | 1,016.02 |
| 236 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1880493 | 12/04/2019 | 413.56 |
| 237 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1880494 | 12/04/2019 | 1,164.08 |
| 238 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1880495 | 12/04/2019 | 745.42 |
| 239 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1880496 | 12/04/2019 | 663.73 |
| 240 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1880497 | 12/04/2019 | 954.75 |
| 241 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1880498 | 12/04/2019 | 776.05 |
| 242 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1880499 | 12/04/2019 | 1,332.57 |
| 243 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1880500 | 12/04/2019 | 168.49 |
| 244 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1880501 | 12/04/2019 | 1,225.35 |
| 245 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1880502 | 12/04/2019 | 1,388.73 |
| 246 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1880503 | 12/04/2019 | 1,067.08 |
| 247 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1880504 | 12/04/2019 | 832.22 |
| 248 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1880505 | 12/04/2019 | 1,363.20 |
| 249 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1880506 | 12/04/2019 | 433.98 |
| 250 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1880507 | 12/04/2019 | 832.22 |
| 251 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1880508 | 12/05/2019 | 51.06 |
| 252 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1880509 | 12/04/2019 | 275.70 |
| 253 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1880510 | 12/04/2019 | 622.89 |
| 254 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1880511 | 12/04/2019 | 566.72 |
| 255 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881259 | 12/03/2019 | 393.13 |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 256 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881260 | 12/03/2019 | 1,516.37 |
| 257 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881261 | 12/03/2019 | 622.89 |
| 258 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881262 | 12/03/2019 | 638.20 |
| 259 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881263 | 12/03/2019 | 7,382.73 |
| 260 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881264 | 12/03/2019 | 934.33 |
| 261 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881266 | 12/03/2019 | 587.15 |
| 262 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881267 | 12/03/2019 | 954.75 |
| 263 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881268 | 12/03/2019 | 709.68 |
| 264 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881269 | 12/03/2019 | 638.20 |
| 265 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881270 | 12/03/2019 | 1,092.60 |
| 266 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881271 | 12/03/2019 | 1,036.44 |
| 267 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881272 | 12/03/2019 | 832.22 |
| 268 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881273 | 12/03/2019 | 832.22 |
| 269 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881274 | 12/03/2019 | 173.59 |
| 270 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881275 | 12/03/2019 | 786.27 |
| 271 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881277 | 12/03/2019 | 638.20 |
| 272 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881279 | 12/03/2019 | 1,128.34 |
| 273 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881281 | 12/03/2019 | 832.22 |
| 274 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881282 | 12/03/2019 | 1,618.48 |
| 275 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881283 | 12/03/2019 | 638.20 |
| 276 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881284 | 12/03/2019 | 296.13 |
| 277 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881285 | 12/03/2019 | 806.69 |
| 278 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881286 | 12/03/2019 | 1,067.08 |
| 279 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881287 | 12/03/2019 | 970.07 |
| 280 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881288 | 12/03/2019 | 551.41 |
| 281 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881289 | 12/03/2019 | 311.44 |
| 282 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881290 | 12/03/2019 | 638.20 |
| 283 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881291 | 12/03/2019 | 306.34 |
| 284 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881292 | 12/03/2019 | 832.22 |
| 285 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881293 | 12/03/2019 | 1,092.60 |
| 286 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881294 | 12/03/2019 | 776.05 |
| 287 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881295 | 12/03/2019 | 663.73 |
| 288 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881296 | 12/03/2019 | 612.67 |
| 289 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881297 | 12/03/2019 | 3,594.36 |
| 290 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881298 | 12/03/2019 | 1,148.77 |
| 291 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881299 | 12/03/2019 | 1,026.23 |
| 292 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881300 | 12/03/2019 | 1,235.56 |
| 293 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881301 | 12/03/2019 | 638.20 |
| 294 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881302 | 12/03/2019 | 786.27 |
| 295 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881303 | 12/03/2019 | 1,067.08 |
| 296 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881305 | 12/03/2019 | 638.20 |
| 297 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1881306 | 12/03/2019 | 1,710.38 |
| 298 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1882128 | 12/03/2019 | 883.27 |
| 299 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1882129 | 12/03/2019 | 638.20 |
| 300 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1882130 | 12/03/2019 | 842.43 |
| 301 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1882131 | 12/03/2019 | 709.68 |
| 302 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1882132 | 12/03/2019 | 939.43 |
| 303 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1882133 | 12/03/2019 | 913.91 |
| 304 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1882134 | 12/03/2019 | 1,041.55 |
| 305 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1882135 | 12/03/2019 | 1,102.81 |
| 306 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1882136 | 12/03/2019 | 1,245.77 |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 307 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1882137 | 12/03/2019 | 638.20 |
| 308 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1882138 | 12/03/2019 | 2,614.08 |
| 309 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1882139 | 12/03/2019 | 520.77 |
| 310 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1882140 | 12/03/2019 | 760.74 |
| 311 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1882141 | 12/03/2019 | 1,266.19 |
| 312 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1882142 | 12/03/2019 | 296.13 |
| 313 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1882143 | 12/03/2019 | 1,475.53 |
| 314 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1882144 | 12/03/2019 | 638.20 |
| 315 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1882145 | 12/03/2019 | 867.96 |
| 316 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1882146 | 12/03/2019 | 551.41 |
| 317 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1882147 | 12/03/2019 | 801.58 |
| 318 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1882148 | 12/03/2019 | 1,689.96 |
| 319 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1882149 | 12/03/2019 | 1,067.08 |
| 320 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1882150 | 12/03/2019 | 837.32 |
| 321 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1882151 | 12/03/2019 | 627.99 |
| 322 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1882152 | 12/03/2019 | 638.20 |
| 323 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1882153 | 12/03/2019 | 342.08 |
| 324 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1882154 | 12/03/2019 | 551.41 |
| 325 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1882155 | 12/03/2019 | 929.22 |
| 326 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1882156 | 12/03/2019 | 194.01 |
| 327 | 29902 | 01/14/2020 | 01/15/2020 | 96,899.62 | 1882157 | 12/03/2019 | 842.43 |
| 328 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 123119 VR | 12/31/2019 | -1,874.65 |
| 329 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 1881265 | 12/06/2019 | 204.22 |
| 330 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 1881304 | 12/06/2019 | 51.06 |
| 331 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 1892082 | 12/18/2019 | 2,940.84 |
| 332 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 1892083 | 12/18/2019 | 919.01 |
| 333 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 1892084 | 12/18/2019 | 551.41 |
| 334 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 1892085 | 12/18/2019 | 1,092.60 |
| 335 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 1892086 | 12/18/2019 | 331.87 |
| 336 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 1892087 | 12/18/2019 | 1,005.81 |
| 337 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 1892088 | 12/18/2019 | 367.60 |
| 338 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 1892089 | 12/18/2019 | 954.75 |
| 339 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 1892090 | 12/18/2019 | 638.20 |
| 340 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 1892091 | 12/18/2019 | 709.68 |
| 341 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 1892092 | 12/18/2019 | 684.15 |
| 342 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 1892093 | 12/18/2019 | 551.41 |
| 343 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 1892094 | 12/18/2019 | 367.60 |
| 344 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 1892095 | 12/18/2019 | 638.20 |
| 345 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 1892096 | 12/18/2019 | 954.75 |
| 346 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 1892097 | 12/18/2019 | 377.82 |
| 347 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 1892098 | 12/18/2019 | 832.22 |
| 348 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 1892099 | 12/18/2019 | 954.75 |
| 349 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 1892100 | 12/18/2019 | 1,123.24 |
| 350 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 1892101 | 12/18/2019 | 638.20 |
| 351 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 1892102 | 12/18/2019 | 1,327.46 |
| 352 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 1892103 | 12/18/2019 | 551.41 |
| 353 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 1892104 | 12/18/2019 | 954.75 |
| 354 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 1892105 | 12/18/2019 | 1,026.23 |
| 355 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 1892106 | 12/18/2019 | 1,102.81 |
| 356 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 1892107 | 12/18/2019 | 194.01 |
| 357 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 1892108 | 12/18/2019 | 306.34 |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 358 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 1893668 | 12/18/2019 | 10,486.95 |
| 359 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 1893669 | 12/18/2019 | 2,496.65 |
| 360 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 1893670 | 12/18/2019 | 684.15 |
| 361 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 1893671 | 12/18/2019 | 1,975.88 |
| 362 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 1893672 | 12/18/2019 | 791.37 |
| 363 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 1893673 | 12/18/2019 | 1,102.81 |
| 364 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 1893674 | 12/18/2019 | 173.59 |
| 365 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 1893675 | 12/18/2019 | 388.03 |
| 366 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 1893676 | 12/18/2019 | 622.89 |
| 367 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 1893677 | 12/18/2019 | 638.20 |
| 368 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 1893678 | 12/18/2019 | 296.13 |
| 369 | 30248 | 01/28/2020 | 01/29/2020 | 40,328.41 | 1893679 | 12/18/2019 | 194.01 |
| 370 | **TOTAL** | | | **$ 319,106.87** | | | |