**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| Start Man Furniture, LLC, et al. | : | Case No.: 20-10553-CTG |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |
| Alfred T. Giuliano, *in his capacity as* | : | **MEDIATION STATUS REPORT** |
| *Chapter 7 Trustee of Art Van Furniture,* | : | |
| *LLC, et al.* | : | |
| Plaintiff, | : | |
| v. | : | Adv. Proc. No.: 22-50161-CTG |
| | : | |
| Jonathan Louis International LTD et al., | : | |
| | : | |
| Defendant. | | |

        In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

      _____        Mediation is scheduled to occur on _____.

      _____        A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

     __X__        OTHER:  The Mediator expects to have a mediation date scheduled within the next 45 days.


Dated: <u>March 24, 2026</u>                Mediator

                                 <u> /s/ Ian Connor Bifferato         </u>
                                Ian Connor Bifferato (DE #3273)
                                The Bifferato Firm P.A.
                                112 French St.
                                Wilmington, DE  19801
                                Tel. (302) 225-7600
                                E-mail: cbifferato@tbf.legal