**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re:<br><br>Start Man Furniture, LLC, et al.<br><br>Debtor. | Chapter 7<br><br>Case No.: 20-10553-CTG |
| Alfred T. Giuliano, *in his capacity as Chapter 7 Trustee of Art Van Furniture, LLC, et al.*<br><br>Plaintiff,<br>v. | **MEDIATION STATUS REPORTS** |
| Coast To Coast Imports LLC; First-Citizens Bank & Trust Company d/b/a the CIT Group,<br><br>Defendants | Adv. Proc. No. 22-50158 (CTG) |
| Monomoy Capital Partners LLC d/b/a or f/k/a Klaussner Home Furnishings; First-Citizens Bank & Trust Company d/b/a the CIT Group,<br><br>Defendants. | Adv. Proc. No. 22-50160 (CTG) |
| Jonathan Louis International Ltd.; First-Citizens Bank & Trust Company d/b/a The CIT Group,<br><br>Defendants. | Adv. Proc. No. 22-50161 (CTG) |
| Elements International Group, LLC; First-Citizens Bank & Trust Company dba The CIT Group,<br><br>Defendants. | Adv. Proc. No. 22-50163 (CTG) |
| Sunny Designs, Inc.; First-Citizens Bank & Trust Company dba The CIT Group,<br><br>Defendants. | Adv. Proc. No. 22-50164 (CTG) |
| Hooker Furniture fdba Home Meridian Holdings dba Samuel Lawrence Furniture,<br><br>Defendants. | Adv. Proc. No. 22-50166 (CTG) |

| | |
|---|---|
| Life Style Enterprise, Inc., First-Citizens Bank & Trust Company dba The CIT Group,<br><br>Defendants. | Adv. Proc. No. 22-50170 (CTG) |
| Jackson Furniture Industries, Inc. d/b/a Catnapper,<br><br>Defendants. | Adv. Proc. No. 22-50194 (CTG) |
| LFN Services, Inc.,<br><br>Defendants. | Adv. Proc. No. 22-50198 (CTG) |
| United Furniture Industries, Inc.; First-Citizens Bank & Trust Company dba The CIT Group,<br><br>Defendants | Adv. Proc. No. 22-50227 (CTG) |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

_____ Mediation is scheduled to occur on _______.

______ A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

__X___ OTHER: The Mediator has been notified that the parties have reached settlement in the above captioned matters and are in the process of documenting those agreements.

Dated: September 17, 2026

Mediator

*/s/ Ian Connor Bifferato*

Ian Connor Bifferato (DE #3273)
The Bifferato Firm P.A.
112 French St.
Wilmington, DE 19801
Tel. (302) 225-7600
E-mail: cbifferato@tbf.legal